UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA KUN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CLARK COUNTY, et al.,<br><br>　　　　　　Defendants. | C21-5819 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Plaintiff is DIRECTED to file with the Court an entire transcript of the CrRLJ 3.6 suppression hearing by Friday, May 13, 2022.

　　　(2)　Counsel are DIRECTED to submit briefing not to exceed three (3) pages, by May 13, 2022, on whether Plaintiff's Motion for Judgment on the Pleadings, docket no. 12, may or should be converted to a motion for summary judgment.

　　　(3)　The Clerk is directed to RENOTE the Motion for Judgment on the Pleadings, docket no. 12, to May 13, 2022.

　　　(4)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 21st day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1